| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

TIFFANY SPILLER, §
§
      Plaintiff, §
§
versus § CIVIL ACTION NO. 1:06-CV-722
§
BEAUMONT INDEPENDENT SCHOOL §
DISTRICT, DR. CARROLL THOMAS, §
Individually and in His Representative §
Capacity, ROLAND ANTOINE, Individually §
and in His Representative Capacity, and §
TOMMY FLOYD GRANGER, Individually §
and in His Representative Capacity, §
§
      Defendants. §

## ORDER

Defendant Tommy Floyd Granger's Motion for Stay and Protection (#20) is granted. Accordingly, this litigation is stayed pending the final conclusion of the parallel criminal proceedings in state court, Case No. 98245, in the 252nd District Court of Jefferson County, Texas.

SIGNED at Beaumont, Texas, this 20th day of March, 2007.

                                          */s/ Marcia A. Crone*
                                          MARCIA A. CRONE
                                         UNITED STATES DISTRICT JUDGE