| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

TIFFANY SPILLER, §
　　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
versus　　　　　　　　　　　　　§　　CIVIL ACTION NO. 1:06-CV-722
　　　　　　　　　　　　　　　　§
BEAUMONT INDEPENDENT SCHOOL §
DISTRICT, DR. CARROLL THOMAS, §
Individually and in His Representative §
Capacity, ROLAND ANTOINE, Individually §
and in His Representative Capacity, and §
TOMMY FLOYD GRANGER, Individually §
and in His Representative Capacity, §
　　　　　　　　　　　　　　　　§
　　　　　Defendants. §

## ORDER

Defendant Tommy Floyd Granger's Motion to Lift Stay (#30) is GRANTED. The parties shall confer and submit to the court a proposed amended scheduling order on or before Friday, January 25, 2008.

SIGNED at Beaumont, Texas, this 22nd day of January, 2008.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE