IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TIFFANY SPILLER<br>*Plaintiff* | § § § | |
| V. | § § | CIVIL ACTION NO. 1:06-CV-722 |
| BEAUMONT INDEPENDENT SCHOOL<br>DISTRICT, DR. CARROL THOMAS,<br>individually and in his representative capacity,<br>ROLAND ANTOINE, individually and<br>in his representative capacity, AND<br>TOMMY FLOYD GRANGER,<br>individually and in his representative capacity<br>*Defendants* | § § § § § § § § | JUDGE MARCIA A. CRONE |

## DEFENDANTS' NOTICE OF DISCLOSURE OF EXPERT TESTIMONY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Beaumont Independent School District and Dr. Carrol Thomas, individually and in his representative capacity, and Roland Antoine, individually and in his representative capacity, Defendants, and provide this Notice of Disclosure of Expert Witness and would respectfully show unto the Court as follows:

I.

On June 27, 2008, Defendants served a disclosure of its expert witness on the Plaintiff in accordance with the time limitations of the Court's scheduling order. Defendants will continue to supplement as circumstances permit and as required by the governing rules and orders of the Court.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the Court take notice of such disclosure and for such other and further relief to which Defendants may be entitled.

Respectfully submitted,

WELLS, PEYTON, GREENBERG &
    HUNT, LLP

By: /s/ *Melody G. Chappell*
    Melody G. Chappell
    Attorney-in-Charge
    Texas Bar No. 00785096
    Nancy Y. Hart
    Texas Bar No. 24012795
    550 Fannin Street, Sixth Floor
    Beaumont, Texas 77701
    Telephone: (409) 838-2644
    Fax: (409) 838-4713

ATTORNEYS FOR DEFENDANTS BEAUMONT INDEPENDENT SCHOOL DISTRICT, DR. CARROL THOMAS, and ROLAND ANTOINE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel of record as follows:

***VIA E-FILE NOTIFICATION***
Ms. Peggy S. Bittick
One Themis Place
2400 South Texas Avenue
Pearland, Texas 77581
*Attorney for Plaintiff*

***VIA E-FILE NOTIFICATION***
Mr. Robert J. Hambright
Orgain, Bell & Tucker
P.O. Box 1751
Beaumont, Texas 77704
*Attorney for Defendant Tommy Floyd Granger*

DATED: June 27, 2008.

    /s/ *Melody G. Chappell*
    MELODY G. CHAPPELL