IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TIFFANY SPILLER<br>*Plaintiff*<br><br>v.<br><br>BEAUMONT INDEPENDENT SCHOOL DISTRICT, DR. CARROL THOMAS, individually and in his representative capacity, ROLAND ANTOINE, individually and in his representative capacity, AND TOMMY FLOYD GRANGER, individually and in his representative capacity<br>*Defendants* | § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:06-CV-722<br><br>JUDGE MARCIA A. CRONE |

## NOTICE OF INITIAL DISCLOSURE BY TOMMY FLOYD GRANGER

Defendant Tommy Floyd Granger's Initial Disclosure has been served on all counsel of record, pursuant to Rule 5.

Dated this 27th day of August 2008.

Respectfully submitted,

ORGAIN BELL & TUCKER, LLP
470 Orleans Street
P. O. Box 1751
Beaumont, TX 77704-1751
(409) 838-6412 Telephone
(409) 838-6959 Facsimile

Robert J. Hambright
State Bar No. 08814300

ATTORNEYS FOR DEFENDANT
TOMMY FLOYD GRANGER

1

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Initial Disclosure by Tommy Floyd Granger was served by electronic filing on the following attorneys on this 27th day of August, 2008:

Peggy S. Bittick
Law Office of Peggy S. Bittick
One Themis Place
2400 South Texas Avenue
Pearland, Texas 77581

Melody G. Chappell
Nancy Hart
Wells, Peyton, Greenberg & Hunt, L.L.P.
550 Fannin, Sixth Floor, Century Tower, 77701
P.O. Box 3708
Beaumont, Texas 77704-3705

Robert J. Hambright