IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TIFFANY SPILLER<br>   *Plaintiff* | § § § | |
| V. | § § | CIVIL ACTION NO. 1:06-CV-722 |
| BEAUMONT INDEPENDENT SCHOOL DISTRICT, DR. CARROL THOMAS, individually and in his representative capacity, ROLAND ANTOINE, individually and in his representative capacity, AND TOMMY FLOYD GRANGER, individually and in his representative capacity<br>   *Defendants* | § § § § § § § § § | JUDGE MARCIA A. CRONE |

## DEFENDANTS' SUPPLEMENT TO PENDING MOTION FOR SUMMARY JUDGMENT
(Docket No. 46)

TO THE HONORABLE COURT:

Defendants Beaumont Independent School District ("BISD"), Dr. Carrol Thomas ("Thomas"), and Roland Antoine ("Antoine") file this Supplement to their Motion for Summary Judgment filed on October 14, 2008 (Docket No. 46).

1. On November 14, 2006, Plaintiff, Tiffany Spiller ("Spiller") brought this suit against BISD, Thomas, Antoine, and Tommy Floyd Granger ("Granger") , resulting from alleged sexual abuse by Granger, former aide at Ozen High School. In August 2006, Defendant Granger was indicted for the criminal act made the subject of this lawsuit. In August 2007, Defendant Granger was acquitted of the criminal act made the subject of this lawsuit.

2. Defendants BISD, Thomas, and Antoine filed their Motion for Summary Judgment on October 15, 2008. The Motion for Summary Judgment is still pending before the Court.

3. Thomas and Antoine are sued in their individual and official capacities. Spiller has requested exemplary damages against Thomas and Antoine.

4. Defendants supplement their Motion for Summary Judgment. Spiller's claim for exemplary damages against Thomas and Antoine are barred because the alleged harm Spiller suffered resulted from the alleged criminal act of another.

5. In an action arising from harm resulting from an assault, theft or other criminal act, a court may not award exemplary damages against a defendant because of the criminal act of another. TEX. CIV. PRAC. & REM. CODE ANN. Section 41.005(a)(Vernon 2007). The exemption provided by Section 41.005(a) does not apply if: (1) the criminal act was committed by an employee of the defendant; (2) the defendant is criminally responsible as a party to the criminal act under the provisions of Chapter 7, Penal Code; (3) the criminal act occurred at a location where, at the time fo the criminal act, the defendant was maintaining a common nuisance under the provisions fo Chapter 125, Civil Practice and Remedies Code, and had not made reasonable attempts to abate the nuisance; or (4) the criminal act resulted from the defendant's intentional or knowing violation fo a statutory duty under Subchapter D, Property Code, and the criminal act occurred after the statutory deadline for compliance with that duty. TEX. CIV. PRAC. & REM. CODE ANN. Section 41.005(b) (Vernon 2007). In an action arising out of a criminal act committed by an employee, the employer may be liable for punitive damages but only if: (1) the principal authorized the doing and manner of the act; (2) the agent was unfit and the principal acted with malice in employing or retaining him; (3) the agent was employed in a managerial capacity and was acting in the scope of employment; or (4) the employer or manager of the employer ratified or approved the act. TEX. CIV. PRAC. & REM. CODE ANN. Section 41.005 c)(Vernon 2007).

6. The exceptions set forth in Section 41.005(b) and c), TEX. PRAC. & REM. CODE ANN., are not applicable in this case. Therefore, Plaintiff Tiffany Spiller is not entitled to exemplary damages against Thomas, individually, or Antoine, individually, for the alleged criminal act committed by Defendant Granger.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court grant their Motion to Dismiss for Failure to State a Claim regarding Plaintiff Tiffany Spiller's claim for exemplary damages against Dr. Carrol Thomas, individually and Roland Antoine, individually.

Respectfully submitted,

WELLS, PEYTON, GREENBERG & HUNT, LLP

By: /s/ *Melody G. Chappell*
Melody G. Chappell
Attorney-in-Charge
Texas Bar No. 00785096
Nancy Y. Hart
Texas Bar No. 24012795
550 Fannin Street, Sixth Floor
Beaumont, Texas 77701
Telephone: (409) 838-2644
Fax: (409) 838-4713

ATTORNEYS FOR DEFENDANTS BEAUMONT INDEPENDENT SCHOOL DISTRICT, DR. CARROL THOMAS, AND ROLAND ANTOINE

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants Beaumont Independent School District, Dr. Carrol Thomas, and Roland Antoine conferred with Plaintiff's Counsel (Peggy S. Bittick) and she is opposed to the motion, and to Defendant Tommy Floyd Granger's Counsel (Robert Hambright) and he is not opposed to the motion.

/s/ *Nancy Y. Hart*
NANCY Y. HART

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel of record as follows:

***VIA E-FILE NOTIFICATION***
Ms. Peggy S. Bittick
One Themis Place
2400 South Texas Avenue
Pearland, Texas 77581
*Attorney for Plaintiff*

***VIA E-FILE NOTIFICATION***
Mr. Robert J. Hambright
Orgain, Bell & Tucker
P.O. Box 1751
Beaumont, Texas 77704
*Attorney for Defendant Tommy Floyd Granger*

DATED: October 24, 2008.

/s/ *Melody G. Chappell*
MELODY G. CHAPPELL