IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TIFFANY SPILLER, | § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. 1:06-CV-722 |
| BEAUMONT INDEPENDENT SCHOOL DISTRICT, DR. CARROL THOMAS, individually and in his representative capacity, ROLAND ANTOINE, individually and in his representative capacity, AND TOMMY FLOYD GRANGER, individually and in his representative capacity, | § § § § § § § § § | JUDGE MARCIA A. CRONE |
| Defendants. | § § | |

## MEDIATION REPORT

TO THE HONORABLE DISTRICT JUDGE:

The mediation in the above-referenced cause was held on Monday, December 15, 2008. A settlement was reached and an agreement was executed. The terms of the settlement agreement were presented to and approved by the Beaumont Independent School District School Board on Thursday, December 18, 2008.

- 2 -

Dated December 19, 2008          Respectfully submitted,

  /s/
_____
M. Kaye DeWalt
State Bar No. 01199650
Federal I.D. No. 561676
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1301 McKinney Street
Suite 1900
Houston, TX  77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)
kdewalt@littler.com

MEDIATOR

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that a true and correct copy of this document has been served in accordance with the Federal Rules of Civil Procedure as follows:

<u>*VIA E-FILE NOTIFICATION*</u>
Peggy S. Bittick
One Themis Place
2400 South Texas Avenue
Pearland, Texas 77581
*Attorney for Plaintiff*

<u>*VIA E-FILE NOTIFICATION*</u>
Melody G. Chappell
Wells, Peyton, Greenberg & Hunt, LLP
550 Fannin Street, Sixth Floor
Beaumont, Texas 77701
*Attorney for Defendants*

<u>*VIA E-FILE NOTIFICATION*</u>
Robert J. Hambright
Orgain, Bell & Tucker
470 Orleans
Beaumont, Texas 77701
*Attorney for Defendant Tommy Floyd Granger*

DATED:  December 19, 2008     /s/_____
                M. Kaye Dewalt