| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

TIFFANY SPILLER, §
　§
　　Plaintiff, §
　§
versus § CIVIL ACTION NO. 1:06-CV-722
　§
BEAUMONT INDEPENDENT SCHOOL §
DISTRICT, DR. CARROLL THOMAS, §
Individually and in His Representative §
Capacity, ROLAND ANTOINE, Individually §
and in His Representative Capacity, and §
TOMMY FLOYD GRANGER, Individually §
and in His Representative Capacity, §
　§
　　Defendants. §

## ORDER OF DISMISSAL WITH PREJUDICE

Came on to be heard the parties' Joint Motion to Dismiss (#61) in this cause. It appearing to the Court that all matters in controversy between the parties have been fully and finally settled and that such motion is well taken, the motion is hereby GRANTED.

IT IS ORDERED that this cause be and hereby is dismissed with prejudice to the refiling of same.

IT IS FURTHER ORDERED that all costs of court are taxed against the parties incurring the same. All relief not expressly granted is DENIED. This is a final judgment.

SIGNED at Beaumont, Texas, this 19th day of December, 2008.

　　　　　　　　　　　　　　　　_Marcia A. Crone_
　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE